FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 AUG -4 A 9: 54
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JEROME WILLIAMS, | ) | |
| Movant, | ) | |
| v. | ) | Case No. CV411-179 |
| UNITED STATES OF AMERICA, | ) | CR409-027 |
| Respondent. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this ___ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE